610 A.2d 875

IN THE MATTER OF ARTHUR B. COOPER,
AN ATTORNEY AT LAW.

August 27, 1992.

ORDER

ARTHUR B. COOPER of HOLMDEL, who was admitted to the bar of this State in 1977, having pleaded guilty to 18 U.S.C.A. § 1344 (bank fraud), 18 U.S.C.A. § 371 (conspiracy to defraud the United States and the Internal Revenue Service), 26 U.S.C.A. § 7201 and 18 U.S.C.A. § 2 (aiding and abetting an income tax evasion), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b)(1), ARTHUR B. COOPER is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that ARTHUR B. COOPER be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that ARTHUR B. COOPER comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.